

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2013

No. 04-13-00191-CR

Cesar A. **SALCEDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 11-1545-CR
Honorable William Old, Judge Presiding

## **O R D E R**

Sitting:       Sandee Bryan Marion, Justice
Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice

Appellant's motion for extension of time to file the reply brief is GRANTED. Time is extended to September 25, 2013.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court